UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-61009-RS

EDGAR QUINTERO,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP LLC D/B/A ARS ACCOUNT
RESOLUTION SERVICES,

    Defendant.
_____/

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **[mm/dd/yyyy]**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, [mm/dd/yyyy]**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of a motion to amend the complaint by — September 1, 2022

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — July 22, 2022

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — August 19, 2022

| | | |
|---|---|---|
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | September 19, 2022 |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | September 27, 2022 |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | November 18, 2022 |
| 7. | Fact discovery shall be completed by | December 16, 2022 |
| 8. | Expert discovery shall be completed by | December 16, 2022 |
| 9. | Mediation shall be completed by | November 4, 2022 |
| 10. | deposition designations and counter-designations shall be filed by<br>The Parties shall meet and confer prior to submitting the deposition and counter-designations in a good faith effort to resolve the objections | April 10, 2023 |
| 11. | All pretrial motions and memoranda of law, including motions *in limine. Prior to any motion in limine, the parties shall meet and confer in good faith. If a party has multiple motions in liminie, they shall file as a single omnibus motion. All motions in liminie and the responses shall be limited to one page per issue. No replies shall be permitted.* | May 5, 2023 |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br>When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. | May 12, 2023 |

Dated this **15th  day of July 2022.**

| | |
|---|---|
| */s/ Alejandro E. Figueroa* | /*s/ Ernest H. Kohlmyer, III* |
| Alejandro E. Figueroa, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No.: 1021163 | Florida Bar No. 110108 |
| alejandrof@sulaimanlaw.com | Skohlmyer@shepardfirm.com |
| Sulaiman Law Group, LTD. | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 2500 South Highland Avenue | 2300 Maitland Center Parkway, Suite 100 |
| Suite 200 | Maitland, Florida 32751 |
| Lombard, Illinois 60148 | Telephone (407) 622-1772 |
| Telephone: (630) 575-8181 Ext. 120 | Facsimile (407) 622-1884 |
| *Counsel for Plaintiff* | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services* |