UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-61009-CIV-SMITH

EDWARD QUINTERO,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

**ORDER SETTING CIVIL TRIAL DATE,
PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE**

**THIS CAUSE** is set for **trial** during the Court's two-week trial calendar beginning on **July 3, 2023**. If the case cannot be tried during the aforementioned two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on June 27, 2023**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the pleadings by: | **[09/01/22]** |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by: | **[08/12/22]** |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by: | **[08/19/22]** |
| 4. | Defendant shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by: | **[09/19/22]** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by: | **[09/27/22]** |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by: | **[11/04/22]** |
| 7. | Fact discovery shall be completed by: | **[12/02/22]** |

| | | |
|---|---|---|
| 8. | Expert discovery shall be completed by: | **[12/16/22]** |
| 9. | Mediation shall be completed by: | **[01/13/23]** |
| 10. | Dispositive motions, including summary judgment and *Daubert*, shall be filed by: | **[01/30/23]** |
| 11. | All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by: | **[05/05/23]** |
| 12. | Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by: | **[05/26/23]** |

If the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections.

## **REFERRAL TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL NON-DISPOSITIVE PRETRIAL MOTIONS,** including all discovery and all motions for attorney's fees, costs, and sanctions, are **REFERRED** to Magistrate Judge Valle for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of July 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  Counsel of record