**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 0:22-cv-61009-RS**

EDGAR QUINTERO,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC d/b/a ARS ACCOUNTS RESOLUTION
SERVICES,

    Defendant.

_____/

**NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED OCTOBER 3, 2022**
**[DKT. NO. 20]**

NOW COME, Franklin A. Jara and Alejandro E. Figueroa, and notify this Honorable that that they have complied with the Court's Order entered on October 3, 2022 [Dkt. No. 20] and has provided EDGAR QUINTERO ("Plaintiff") with a copy of this order by sending it to his last known address and email address.

Dated: October 5, 2022

                                                            Respectfully Submitted,

                                                            /s/ Franklin A. Jara
                                                            Franklin A. Jara
                                                            Florida Bar No. 636681
                                                            Sulaiman Law Group, Ltd.
                                                           2500 S. Highland Avenue, Suite 200
                                                           Lombard, IL 60148
                                                           Phone (312) 313-1613
                                                           Fax: (630)575-8188
                                                           fjara@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 5, 2022 a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

/s/ Franklin A. Jara